**No. 11-7426. John Petty, Petitioner v. Pennsylvania Board of Probation and Parole, et al.**

565 U.S. 1131, 132 S. Ct. 1050, 181 L. Ed. 2d 771, 2012 U.S. LEXIS 181.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7427. Carlos Moore, Petitioner v. Florida.**

565 U.S. 1131, 132 S. Ct. 1050, 181 L. Ed. 2d 771, 2012 U.S. LEXIS 74, 

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 70 So. 3d 587.

**No. 11-7428. Tam C. Nguyen, Petitioner v. Louis S. Folino, Superintendent, State Correctional Institution at Greene, et al.**

565 U.S. 1131, 132 S. Ct. 1050, 181 L. Ed. 2d 771, 2012 U.S. LEXIS 28.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7430. Daniel Jimenez, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1050, 181 L. Ed. 2d 771, 2012 U.S. LEXIS 253.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 436 Fed. Appx. 378.

**No. 11-7432. Jousiawu J. Jones, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1050, 181 L. Ed. 2d 771, 2012 U.S. LEXIS 242.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 263.

**No. 11-7433. Jermaine Mathis, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1050, 181 L. Ed. 2d 771, 2012 U.S. LEXIS 24.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7437. Joshua Cruz, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1051, 181 L. Ed. 2d 771, 2012 U.S. LEXIS 106.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 657 F.3d 811.